

# NUMBER 13-14-00632-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

EWING CONSTRUCTION CO., INC.,
RODDY BLACK, AND WILLIAM EWING JR.,                    Appellants,

v.

MCM COMMERCIAL CONCRETE, INC.,                         Appellee.

---

### On appeal from the 347th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Ewing Construction Co., Inc., Roddy Black, and William Ewing Jr., perfected an appeal from a judgment entered by the 347th District Court of Nueces County, Texas, in cause number 2013DCV-3887-H.  The parties have filed an agreed

motion to dismiss the appeal pursuant to an agreement to submit dispute to arbitration. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
14th day of May, 2015.